ORIGINAL

FILED

05/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0649

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0649

FILED

MAY 1 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

    Defendant and Appellant.

O R D E R

    Appellant Tyler Frederick Erickson appeals from the Judgment of the Twentieth Judicial District Court, Lake County, in its Case No. DC-15-227. Erickson argues the District Court erred by failing to give him credit for 224 days served.

    The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment. Without agreeing with all of the arguments Erickson has raised, the State agrees that in this case the District Court erred in failing to give Erickson credit for sufficient days served. The State asserts that Erickson is due credit for an additional 226 days, rather than 224 as requested, because Erickson failed to count the beginning and ending date of his time served.

    Based on Erickson's opening brief and the State's concession, and good cause appearing,

    IT IS HEREBY ORDERED that this case is REMANDED to the Twentieth Judicial District Court, Lake County, with instructions for the District Court to amend its Judgment and Commitment and replace the sentence reduction for time served of 420 days with 646 days.

    The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable James A. Manley.

Dated this ___ day of May, 2023.

_____

_____

_____

_____

_____
                                    Justices

2